UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MOHAMMAD ZAYAD,<br><br>　　　　Plaintiff,<br>　v.<br>GREGORY W. CHRISTIAN, et al.,<br>　　　　Defendants.<br>_____/ | No. C 12-3868 MEJ<br><br>**ORDER RE: STATUS** |

Plaintiff Mohammad Zayad filed this action on July 24, 2012, seeking to compel Defendants to take action on his pending application for adjustment of status. As there is no indication that Plaintiff has completed service of the summons and complaint, the Court ORDERS Plaintiff to file a status report by January 17, 2013.

**IT IS SO ORDERED.**

Dated: January 3, 2013

_____
Maria-Elena James
United States Magistrate Judge