STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
United States Department of Justice
JEFFREY S. ROBINS
Assistant Director, District Court Section
Office of Immigration Litigation
AARON S. GOLDSMITH
Senior Litigation Counsel
PATRICIA E. BRUCKNER, NYSBN 2632156
Trial Attorney
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    (202) 532-4325
    (202) 305-7000 (fax)
    Patricia.Bruckner@usdoj.gov

Attorneys for Defendants

ASHWANI K. BHAKHRI, ESQ.
SBN# 163521
LAW OFFICES OF ASHWANI K. BHAKHRI
1299 Bayshore Highway, Suite 208
Burlingame, CA 94010
(650) 685-6334
(650) 685-6351 (fax)

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMAD ZAYAD,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY W. CHRISTIAN, *et al.*,<br><br>    Defendants. | Case No. CV 12-3868 MEJ<br><br>**STIPULATION FOR DISMISSAL;** ~~[PROPOSED]~~ **ORDER**<br><br>Hon. Maria-Elena James |

STIPULATION FOR DISMISSAL
Case No. CV 12-3868 MEJ

- 1 -

Plaintiff, by and through his attorney-of-record, and Defendants, by and through their attorneys-of-record, hereby stipulate to the following:

1. Plaintiff filed this action on or about July 24, 2012, seeking to compel Defendants to adjudicate his pending adjustment of status application. Defendants received a 60-day extension of their filing deadline to respond to the complaint, which is currently due by March 12, 2013.

2. Defendants removed Plaintiff's application from its prior adjudicatory hold, completed the adjudication of the application, and granted Plaintiff permanent residence on February 28, 2013.

3. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of the entire action. Each party is to bear its own costs and fees, and no attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

Dated: March 7, 2013      Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
United States Department of Justice

JEFFREY S. ROBINS
Assistant Director, District Court Section
Office of Immigration Litigation

STIPULATION FOR DISMISSAL
Case No. CV 12-3868 MEJ

AARON S. GOLDSMITH
Senior Litigation Counsel

/s/ Patricia E. Bruckner
PATRICIA E. BRUCKNER, NYSBN 2632156
Trial Attorney, District Court Section
Civil Division, Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4325
(202) 305-7000 (fax)
Patricia.Bruckner@usdoj.gov

Attorneys for Defendants

/s/Ashwani K. Bhakhri[1]
Ashwani K. Bhakhri, Esq.
SBN# 163521
LAW OFFICES OF ASHWANI K. BHAKHRI
1299 Bayshore Highway, Suite 208
Burlingame, CA 94010
(650) 685-6334
(650) 685-6351 (fax)

Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 7, 2013

MARIA-ELENA JAMES
United States District Judge

---

[1] I, Patricia E. Bruckner, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION FOR DISMISSAL
Case No. CV 12-3868 MEJ